IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE**:**                                                )
                                                         )
Blush Bootcamp Franchising Systems LLC,  )
                                                         )
                                                         )
                                                         )          Case No. 24-20912
                    Debtor,                          )          Ch. 11
                                                         )

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON COUNSEL
FOR DEBTOR'S APPLICATION TO EMPLOY**

NOTICE IS HEREBY GIVEN, that if no written response is filed to Counsel for Debtor's Application to Employ in US Bankruptcy Court for the District of Kansas in Kansas City, Kansas, on or before  August 11, 2024, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held. If an objection or response is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Ave., Rm. 151, Kansas City, Kansas 66101 on August 22, 2024 at 1:30 pm, or as soon thereafter as the Court's schedule permits.

Respectfully Submitted,

Phillips & Thomas LLC

By**:** /s/ George J. Thomas 19230
5251 W 116th Place, Ste 200
Leawood KS 66211
Phone:  (913) 385 9900
Email:  geojthomas@gmail.com

Certificate of Service

I hereby certify that the above notice, along with Counsel for Debtor's Application to Employ, was filed in the US Bankruptcy Court for the District of Kansas and served on the creditors in the attached mailing matrix via ECF or US Mail, postage prepaid, on 7/21/2024.

/s/ George J. Thomas

_____
Counsel for Debtor

Abacus CPAs
1835 E Republic Rd
Ste 200
Springfield MO 65804

Kelly Gellert
2408 W 180th St
Stilwell KS 66085

Bergman
9411 F Street
Omaha NE 68127

KMCI
Scripps Media INc
PO Box 204224
Dallas TX 75320

Birdeye Inc.
PO Box 8563
Pasadena CA 91109-8604

Maenner and Assoc LLC
2723 Stockley Ln
Downingtown PA 19335

BMO Bank
150 S Wacker
Ste 2400
Chicago IL 60606

Max Gellert
13301 W. 133rd Ct
Apt 2302
Overland Park KS 66213

David Steinberg PC
550 W Merrill
Ste 100
Birmingham MI 48009

Max Gellert
13301 W 133rd Ct
Apt 2302
Overland Park KS 66213

Erika & John Beckman
2600 SW Emerald Creek Place
Blue Springs MO 64015

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Fastsigns Natl Advert Council
2542 Highlander Way
Carrollton TX 75006

Mulligan Funding
4715 Viewridge Ave
Ste 100
San Diego CA 92123

Fundation
11501 Sunset Hills Rd
Reston VA 20190

Shopify
33 New Montgomery St
Ste 750
San Francisco CA 94105

IRS
PO Box 7346
Philadelphia PA 19101-7346

Kelly Gellert
1169 SE Oldham Pkwy
Lees Summit MO 64081